**Order entered July 10, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00401-CV

### JOANN ADELE BROOKS AND MARY ROZANSKI, Appellants

### V.

### PAUL HEDLEY BATCHELOR, Appellee

**On Appeal from the Probate Court No. 2
Dallas County, Texas
Trial Court Cause No. PR10-1373-2**

## ORDER

The Court has before it appellee's June 26, 2013 motion to dismiss appeal and appellants'

July 2, 2013 response to that motion.  The Court **DENIES** the motion.

/s/     ELIZABETH LANG-MIERS
        JUSTICE